1

FILED MAILROOM
NOV 1 8 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

David Brian Deitch,    11/15/21

- My current court appointed counsel told me I have to get the following records from you.
- Yes I know you no longer represent me.
- Yes I know you sent them to me before, but I wasn't able to keep them because I'm not allowed to transport with personal property from Alexandria Jail to the B.O.P., so the records were destroyed & I don't have access to them.
- That being said please send me a ~~copy~~ photocopy of the following records from Discovery in my trial.

1) Transcripts from the recorded interview between ATF Agent Dennis & Prosecution's witness Kelly Tobin on 10-12-16.
2) The Proffer notes & all records from The Government's meeting with Kelly Tobin on Nov. 7, 2016
3) All records & Proffer notes from The Government's meeting with Kelly Tobin on December 5, 2016
4) All records & Proffer notes from The Government's meeting with Kelly Tobin on Dec. 20, 2016
5) Any & all records & notes from the Government's meeting with Kelly Tobin on the day of her Grand Jury Testimony.
6) Kelly Tobin's Grand Jury Testimony Transcripts.
7) All records & notes from The Government's meeting with Kelly Tobin on April 12, 2017
8) All records & notes from The Government's meeting with Kelly Tobin on May 12, 2017
9) A full & complete copy of Government's evidence

Exhibit 9B that Trial Transcripts prove Kelly Tobin reviewed & signed on May 12, 2017

10) Any & All records from The Government's meeting with Kelly Tobin on May 27, 2017

11) Any & All records from The Government's meeting with Kelly Tobin on August 25, 2017

12) Any & All records from The Government's meeting with Kelly Tobin on August 29, 2017

13) Any & All records from the Government's meeting with Kelly Tobin the day before trial on September 12, 2017 (September 11, 2017)

14) A copy of the incident/arrest report from Kelly Tobin's apprehension on September 11, 2017 after she ran from the prosecutors her 2nd time.

15) All records saying why Kelly Tobin was arrested for noncompliance of her release agreement

16) All records from Kelly Tobin's 3 arrests in this case.

17) A copy of Any & All records to prove that I had you subpoena the Alleged Victim who you told me the Government didn't want to testify because he's a liar. (Christopher Phillip Glover)

- I need these records as soon as possible & I'm looking forward to receiving a full, complete, & elaborate copies of All records of all these listed items

18) I also need all your records from the statements Chris Glover told the Private investigator that he was never robbed. Then any records you kept from him telling you he was robbed for cash not Marijuana after he watched

Kelly Tobin testify & was asked to leave the courtroom by Joe after my family noticed him in there.

He changed his story 5 times & I need all the notes & records I'm sure you kept to prove it. I need to show why the Government didn't want him to testify as you said. Why you Excused Christopher Glover without my knowledge, consultation, or consent before he was supposed to testify to prove my innocense that I never robbed or attempted to rob or shoot anyone, I will never understand. I asked you to explain a few times & have been ignored.

Please Sir send me all notes & records pertaining to everything I've described in this letter.
- Take Care & God Bless. I pray all is well for you in this Pandemic.

P.S. I also need all the pictures of the injuries to my Back & Arms to show I was attacked & held from behind. How could a victim Grab me from behind prior to me forcing him to the ground at Gun Point as prosecutors presented? It's impossible

Why did you tell Chris Glover to go home? You still never explained why you went against my instructions & Our plan. I gave you elaborate Questions for him. I'm so confused.

# NOTICE OF FILING

Please take notice that on 15th day of November 2021, I did file copies of the attached motion for with the District Court of Alexandria Virginia via mail.

## Certificate of Service

I Thomas Todd do solemnly swear under oath the penalty of Perjury, that I served copies of the attached document on the following:

1) Clerk of Courts of The Federal court of
   Alexandria Virginia
   Clerk of Courts
   401 CourtHouse Sq.
   Alexandria, VA 22314

2) David Brian Deitch
   8300 Greensboro Dr. suite 1250
   Mclean, VA 22102