Case 1:17-cr-00024-MSN   Document 246-1   Filed 04/17/23   Page 1 of 1 PageID# 2991

Thomas Todd 176-212-???
215 N. 3rd St / P.O. Box 1748
Chichasha, OK 73018

RECEIVED MAILROOM
APR ?? 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

This correspondence is from an inmate at Grady County Law Enforcement Center. GCLEC is not responsible for content.

US MARSHALS SERVICE

OKLAHOMA CITY OK 730
11 APR 2023 PM 5  L

Judge Michael Nachmanoff
401 Court House Sq.
Alexandria, VA 22314

22314-570499